IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WENDELL REESE and KAREN REESE, | § § § § § | |
| Plaintiffs, | | |
| V. | § § § | No. 3:23-cv-524-N-BN |
| WELLS FARGO BANK NA and BRECKENRIDGE PROPERTY FUND 2016 LLC, | § § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 5, 2024 [Dkt. No. 45], the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 23rd day of August, 2024.

_____
DAVID C. GODBEY
UNITED STATES CHIEF JUDGE