IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WENDELL REESE and KAREN REESE, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:23-cv-524-N-BN |
| WELLS FARGO BANK NA and BRECKENRIDGE PROPERTY FUND 2016 LLC, | § § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 5, 2024 [Dkt. No. 46], the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 23rd day of August, 2024.

_____
DAVID C. GODBEY
UNITED STATES CHIEF JUDGE